IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

                Plaintiff,

      Vs.                                            No. 04-40133-01/06-SAC

STINSON RAY JOHNSON,
CRAIG ANTHONY DEMERY,
ANTHONY  RAY JONES,
CORDY GORDON, JR.,
RAQUITA YAKIMA SANDERS,
NICOLE MARIE RUCKER,

                Defendants.

MEMORANDUM AND ORDER

This case comes before the court on multiple discovery-type motions filed by certain defendants.  Specifically, they are:  defendant Sanders' motion to compel disclosure of existence and substance of promises of immunity (Dk. 33); defendant Sanders' motion for disclosure of Jencks Act materials (Dk. 34); defendant Sanders' motion for disclosure of 404(b) evidence (Dk. 35); defendant Sanders' motion to join co-defendants' pretrial motions (Dk. 36);defendant Gordon's motion for disclosure of exculpatory and impeachment information (Dk 37); defendant Gordon's motion to disclose identity of confidential informant (Dk. 39); defendant Gordon's motion determine admissibility of extra-judicial statements

of alleged co-conspirators (Dk. 41); Defendant Jones' motion to join co-defendants' pretrial motions (Dk. 43); defendant Gordon's motion to join co-defendants' pretrial motions (Dk. 45); defendant Jones' motion to disclose expert testimony (Dk. 53); defendant Jones' amended motion to disclose expert testimony (Dk. 55); defendant Jones' request for notice of intent to introduce 404(b) evidence (Dk. 51); and defendant Jones' motion to compel disclosure of promises of immunity (Dk. 52).

The government has responded to each of these motions. *See* Dk. 46, 47, 48, and 56. Based upon the assurances of counsel for the government set forth in its responses, to which the court hereby binds the government, the court finds all motions moot, with the exception of the motions to join, which are denied without prejudice for defendants' failure to establish standing.

IT IS THEREFORE ORDERED that the all of the above-noted motions are denied.

IT IS FURTHER ORDERED that the hearing previously set for January 18, 2005 at 10:30 a.m. is canceled.

Dated this 12th day of January, 2005, Topeka, Kansas.

s/ Sam A. Crow
Sam A. Crow, U.S. District Senior Judge